**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

In re:                                                        )
                                                                 )
Capital One 360 Savings Account          )
Interest Rate Litigation                          )
                                                                 )
                                                                 )
                                                                 )        Civil Action No. 1:24md3111(DJN)
                                                                 )
                                                                 )        This document relates to
                                                                 )              ALL CASES
                                                                 )
                                                                 )

**<u>JUDGMENT</u>**

Pursuant to the order of this Court entered on April 20, 2026, granting judgment and final approval of the class action settlement (the "Order") [Dkt. No. 348] and in accordance with Federal Rules of Civil Procedure 54(b) and 58, JUDGMENT is hereby entered as to the claims and relief outlined in the Order.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
                Whitney Garnett
                Deputy Clerk

Dated: <u>April 23, 2026</u>
Alexandria, Virginia